**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID TURPIN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and XCEED FINANCIAL CREDIT UNION,<br><br>    Defendants. | Case No. 2:19-cv-01103-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff David Turpin ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On June 25, 2019, Plaintiff filed his Complaint. On June 27, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 18, 2019.

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 8, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 18th day of July 2019.

        **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

        */s/ Jennifer Bergh*
        Jennifer Bergh
        Nevada Bar No. 14480
        6900 N. Dallas Parkway, Suite 800
        Plano, Texas 75024
        Telephone: (214) 560-5460
        Facsimile: (214) 871-2111
        jbergh@qslwm.com
        *Counsel for Trans Union LLC*

        **KNEPPER & CLARK LLC**

        */s/ Matthew I. Knepper*
        Matthew I. Knepper
        Nevada Bar No. 12796
        Miles N. Clark
        Nevada Bar No. 13848
        5510 So. Fort Apache Road, Suite 30
        Las Vegas, NV 89148
        Telephone: (702) 856-7430
        Facsimile: (702) 447-8048
        matthew.knepper@knepperclark.com
        miles.clark@knepperclark.com

        David H. Krieger
        Nevada Bar No. 9086
        Haines & Krieger, LLC
        8985 S. Eastern Avenue, Suite 350
        Henderson, NV 89123
        Telephone: (702) 880-5554
        Facsimile: (702) 383-5518
        dkrieger@hainesandkrieger.com
        *Counsel for Plaintiff*

3878659.1

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is GRANTED. Docket No. 5. Trans Union LLC must respond to Plaintiff's complaint no later than August 8, 2019.

Dated this __19___ day of _____July_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3

3878659.1