GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 12076
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
hayes@litchfieldcavo.com
cantor@litchfieldcavo.com

*Attorneys for Defendant*
*Xceed Financial Credit Union*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TURPIN,<br><br>                Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AND XCEED FINANCIAL CREDIT UNION,<br><br>                Defendants. | CASE NO.: 2:19-cv-01103-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

    Plaintiff, DAVID TURPIN ("Plaintiff") by and through its attorneys of record, Haines & Krieger, LLC and Knepper & Clark, LLC, and Defendant, XCEED FINANCIAL CREDIT UNION ("Defendant") by and through its attorneys of record, the law firm of Litchfield Cavo LLP, stipulate and agree as follows:

    1. Plaintiff filed this action on June 25, 2019.

    2. Defendant's responsive pleading is currently due on July 23, 2019.

    3. Good cause exists to extend the deadline for Defendant to respond to Plaintiff's complaint because on or about July 17, 2019, Defendant tendered the defense and indemnity of this

1

action, on behalf of Xceed, to a third party sub-servicer. Counsel for the sub-servicer requested, on July 22, 2019, that Defendant obtain an extension to respond to Plaintiff's complaint while counsel and his client decide whether tender will be accepted.

4. Defendant shall have an extension of 15 days to answer, move, or otherwise respond to Plaintiff's complaint to and including August 7, 2019.

Dated: July 22, 2019

**LITCHFIELD CAVO LLP**

By: /s/ Griffith H. Hayes
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
hayes@litchfieldcavo.com
cantor@litchfieldcavo.com

*Attorneys for Defendant, Xceed Financial Credit Union*

Dated: July 22, 2019

**HAINES & KRIEGER, LLC**

By: /s/ David H. Krieger
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
dkrieger@hainesandkrieger.com

OR

**HAINES & KRIEGER, LLC**

By: _____
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N. CLARK
Nevada Bar No. 13848
5510 S. Fort Apache Rd. Suite 300
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
matthew.knepper@ knepperclark.com
miles.clark@knepperclark.com

*Attorneys for Plaintiff*

CASE NO.: 2:19-cv-01103-JAD-NJK

## ORDER

The parties' stipulation, Docket No. 10, is **GRANTED**. Defendant must answer or otherwise respond to Plaintiff's complaint on or before Wednesday, August 7, 2019. IT IS SO ORDERED.

Dated: July 24, 2019 , 2019

_____
UNITED STATES MAGISTRATE JUDGE