ZBS LAW, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:   (702) 948-8565 | Fax: (702) 446-9898
swade@zbslaw.com
Attorneys for Defendant Xceed Financial Credit Union

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID TURPIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AND XCEED FINANCIAL CREDIT UNION,<br><br>　　　　Defendants. | Case No.:   2:19-cv-01103-JAD-NJK<br><br><br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT XCEED FINANCIAL CREDIT UNION'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

　　　　Plaintiff David Turpin ("Plaintiff"), and Defendant Xceed Financial Credit Union ("XCEED" and/or "Defendant"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Xceed Financial Credit Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　　On June 25, 2019, Plaintiff filed his Complaint. The original deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint was July 18, 2019. Defendant, through prior counsel, obtained an extension to respond to Plaintiff's Complaint by stipulation [ECF No. 10] on July 24, 2019, extending its deadline to August 7, 2019 [ECF No. 11].

　　　　On August 6, 2019, Defendant retained Shadd A. Wade, Esq. of ZBS Law, LLP to represent them in this matter. Defendant needs additional time to locate and assemble the documents relating to Plaintiff's claims and Defendant's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

As of August 7, 2019, Undersigned Counsel for XCEED has appeared in the action, and agrees to attend any scheduled F.R.C.P. 26(f) conference despite not having filed a responsive pleading.

Plaintiff has agreed to extend the deadline in which Defendant has to answer or otherwise respond to Plaintiff's Complaint up to and including September 9, 2019. This is the second stipulation for extension of time for Defendant to respond to Plaintiff's Complaint, and is made in good faith and not intended to cause delay.

Dated: August  7th, 2019      ZBS LAW, LLP

   /s/ Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel: (702) 948-8565
Fax: (702) 446-9898
swade@zbslaw.com
Attorneys for Defendant, Xceed Financial Credit Union

Dated: August 7th , 2019      KNEPPER & CLARK, LLC & HAINES & KRIEGER, LLC

   /s/Matthew Knepper, Esq.
Matthew Knepper, Esq.
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff, David Turpin

Case No.: 2:19-cv-01103-JAD-NJK

## **ORDER**

The Joint Stipulation for Extension of Time for Defendant Xceed Financial Credit Union to file an answer or otherwise respond is GRANTED. Docket No. 14. Defendant must respond to Plaintiff's complaint no later than September 9, 2019.

Dated this ____8_____ day of _____August_____, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZBS LAW, LLP; that service of the foregoing **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT XCEED FINANCIAL CREDIT UNION'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** was made on the

__7th__ day of August, 2019, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff, David Turpin

Matthew I Knepper
Miles N. Clark
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
Email: miles.clark@knepperclark.com
Email: matthew.knepper@knepperclark.com
Attorneys for Plaintiff, David Turpin

Jeremy J. Thompson
Clark Hill PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Email: jthompson@clarkhill.com
*Attorney for Defendant, Equifax Information Services, LLC*

Jennifer Rebecca Bergh
6900 N. Dallas Parkway, Suite 800
Plano, TX 75204
Email: jbergh@qslwm.com
*Attorney for Defendant, Transunion, LLC*

Griffith H Hayes
Litchfield Cavo LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89109
Email: rainey@litchfieldcavo.com
*Attorney for Defendant, Xceed Financial Credit Union*

                                                   /s/Sara Hunsaker
                                                An employee of ZBS LAW, LLP