# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID TURPIN,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, et. al.,

    Defendant(s).

Case No.: 2:19-cv-01103-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 13, 2019.

IT IS SO ORDERED.

Dated: September 9, 2019

                              Nancy J. Koppe
                              United States Magistrate Judge