**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TURPIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and XCEED FINANCIAL CREDIT UNION,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01103-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff David Turpin ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this first Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's First Amended Complaint.

　　　　On August 29, 2019, Plaintiff filed his Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Amended Complaint is September 12, 2019.

　　　　Counsel for Trans Union and Plaintiff are engaged in settlement discussions on this case and wish to extend the deadline for Trans Union to respond to the Amended Complaint until

1

3975947.1

September 26, 2019. This will allow the parties to continue settlement discussions without incurring additional fees and expenses. Plaintiff has no objection to the extension.

Therefore, the Parties agree to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 26, 2019.

Dated this 12th day of September 2019.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK LLC**

*/s/ Matthew I. Knepper*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

David H. Krieger
Nevada Bar No. 9086
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: September 12, 2019