Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TURPIN,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and XCEED FINANCIAL CREDIT UNION,<br><br>Defendants. | Case No.: 2:19-cv-01103-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff David Turpin ("Plaintiff"), by and through his counsel of record, and Defendant TRANS UNION LLC ("Trans Union") have agreed and stipulated to the following:

1. On June 25, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT [FIRST REQUEST] - 1

2. On August 15, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.18].

3. On August 29, 2019, Plaintiff filed an Amended Complaint [ECF Dkt. 21].

4. On September 26, 2019 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 35].

5. Plaintiff's Response is due October 10, 2019.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response ten days. The parties are engaged in settlement discussions, and are optimistic that this matter may be resolved informally. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **October 21, 2019** and to extend the date for Trans Union to file their Reply until **November 7, 2019**.

///

7. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated October 10, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER PC** |
| /s/ *Matthew I. Knepper* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq. | Jennifer R. Bergh, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14480 |
| Miles N. Clark, Esq. | 6900 N. Dallas Parkway, Suite 800 |
| Nevada Bar No. 13848 | Plano, TX 75204 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: jbergh@qslwm.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | |
| | |
| **HAINES & KRIEGER LLC** | **ALVERSON TAYLOR & SANDERS** |
| David H. Krieger, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13779 |
| 8985 S. Eastern Avenue, Suite 350 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, NV 89123 | Las Vegas, NV 89149 |
| Email: dkrieger@hainesandkrieger.com | |
| | *Counsel for Defendant Trans Union LLC* |
| *Counsel for Plaintiff* | |

*Turpin v. Equifax information Services, LLC et al*
2:19-cv-01103-JAD-NJK

**ORDER GRANTING
STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 10/15/2019