Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TURPIN,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and XCEED FINANCIAL CREDIT UNION,<br><br>Defendants. | Case No.: 2:19-cv-01103-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff David Turpin ("Plaintiff"), by and through his counsel of record, and Defendant TRANS UNION LLC ("Trans Union") have agreed and stipulated to the following:

1. On June 25, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On August 15, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.18].

3. On August 29, 2019, Plaintiff filed an Amended Complaint [ECF Dkt. 21].

4. On September 26, 2019 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 35].

5. On October 15, 2019, the Court granted the Parties' stipulation to extend time for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint [ECF Dkt. 39]

6. Plaintiff's Response is due October 21, 2019 and Trans Union's Reply is due November 7, 2019.

7. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, and to extend Trans Union's deadline to file a reply in support of their motion for ten days for the same reasons. The parties are also engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **November 4, 2019** and to extend the date for Trans Union to file their Reply until **November 21, 2019**.

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT [SECOND REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated October 21, 2019.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER PC** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq. | Jennifer R. Bergh, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14480 |
| Miles N. Clark, Esq. | Email: jbergh@qslwm.com |
| Nevada Bar No. 13848 | |
| Email: matthew.knepper@knepperclark.com | **ALVERSON TAYLOR & SANDERS** |
| Email: miles.clark@knepperclark.com | Trevor Waite, Esq. |
| | Nevada Bar No. 13779 |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | *Counsel for Defendant* |
| Nevada Bar No. 9086 | *Trans Union LLC* |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |
| | |
| **CLARK HILL PLLC** | **ZBS LAW, LLP** |
| /s/ *Jeremy J. Thompson* | /s/ *Shadd A. Wade* |
| Jeremy J. Thompson, Esq. | Shadd A. Wade, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 11310 |
| Email: jthompson@clarkhill.com | Email: swade@zbslaw.com |
| | |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Equifax Information Services LLC* | *Xceed Financial Credit Union* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 10/23/2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS AMENDED COMPLAINT [SECOND REQUEST] - 3