Jennifer Bergh
jbergh@qslwm.com
Qulling Selander Lownds
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5460
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TURPIN,<br><br>           Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and XCEED FINANCIAL CREDIT UNION,<br><br>           Defendants. | Case No. 2:19-CV-01103-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC**<br><br>ECF No. 54 |

        Plaintiff David Turpin, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

        There are no longer any issues in this matter between David Turpin and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 8th day of July 2020.

| | |
|---|---|
| */s/ Jennifer Bergh* | */s/ Matthew I. Knepper* |
| Jennifer Bergh | Matthew I. Knepper, Nevada Bar No. 12796 |
| jbergh@qslwm.com | matthew.knepper@knepperclark.com |
| Qulling Selander Lownds | Miles N. Clark, Nevada Bar No. 13848 |
| Winslett & Moser, P.C. | miles.clark@knepperclark.com |
| 6900 N. Dallas Parkway, Suite 800 | Knepper & Clark LLC |
| | 10040 W. Cheyenne Ave., Suite 170-109 |

3624293.1

Plano, Texas 75024
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

Las Vegas, NV 89129
(702) 825-6060
(702) 447-8048 Fax
and
David H. Krieger
Nevada Bar No. 9086
dkrieger@kriegerlawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Blvd.
Henderson NV 89052
(702) 848-3855
**Counsel for Plaintiff**

## ORDER

Based on the stipulation **[ECF No. 54]** between plaintiff and last-remaining defendant Trans Union, LLC, and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2020

3624293.1

1